**William J. KEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79929**

Missouri Court of Appeals,
Western District.

ORDER FILED: June 27, 2017

Christian Lehmberg, Columbia, MO, Counsel for Appellant.

Mary Moore, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

### ORDER

Per Curiam:

Mr. William J. Key appeals a Boone County Circuit Court judgment overruling and dismissing his post-conviction relief motion under Rule 29.15 following an evidentiary hearing. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).